United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Shon L. Mireles | § | Case No. 17-35654-H4 |
| | § | Chapter 13 |
| | § | |
| Debtor | § | JUDGE CHRISTOPHER M LOPEZ |

### ORDER DEEMING CLAIM SECURED BY REAL PROPERTY AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS (Docket No. 101)

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED THAT:**

1. Based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

US BANK TRUST NA

2. The claims of the above-listed creditor(s) are deemed current as of **10/31/2022**. All escrow deficiencies, if any, are deemed cured and the escrow account is deemed properly funded as of the date of this order. All legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3. The Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** | **Claim #** |
|---|---|---|---|
| US BANK TRUST NA<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE, CA 92619 | **$1,702.78** | 11/01/2022 | 5 |

Signed: January 03, 2023

_____
Christopher Lopez
United States Bankruptcy Judge